UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FRIENDS OF THE WILD SWAN and COUNCIL ON WILDLIFE AND FISH, <br><br> Plaintiffs, <br><br> v. <br><br> KATE HAMMOND, in her official capacity as Intermountain Regional Director, National Park Service, *et al.*, <br><br> Defendant. | CV 24–128–9–M–DLC |

The parties have filed a joint motion to stay this matter for 60 days to permit exploration of a settlement resolution. (Doc. 13.) Pursuant to Federal Rule of Civil Procedure 16(b)(4), a "schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). The Court finds that good cause exists to allow more time for the parties to engage in settlement negotiations.

Accordingly, IT IS ORDERED:

1. The joint motion to stay (Doc. 13) is GRANTED.

2. This matter is stayed until February 14, 2025.

3. The parties shall promptly notify the Court if settlement is reached during the period of the stay.

1

4. If settlement is not reached during the period of the stay, then on or before February 14, 2025, the parties shall submit a joint status report updating the Court on the status of the parties' discussions, and advising the Court whether it is necessary to extend the stay or proposing next steps for proceedings in the case.

DATED this 17th day of December, 2024.

_____
Dana L. Christensen, District Judge
United States District Court